UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROY L. PEARSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-2576 (KBJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 27, 2020, Minute Order, the parties submit this Joint Status Report. The parties are in the process of determining whether this case may be resolved without further litigation. They intend to explore the prospect of settlement and, as a result, recommend that the stay be extended to facilitate these discussions. The parties therefore propose to file a joint status report by February 19, 2021, updating the Court on their progress and, if necessary, proposing a schedule for further proceedings.

\*   \*   \*

| | |
|---|---|
| October 21, 2020 | Respectfully submitted, |

              /s/ Roy L. Pearson, Jr.
              Roy L. Pearson, Jr. (Bar No. 955948)
              3012 Pineview Court, N.E.
              Washington, D.C. 20018
              Tel: (202) 269-1191

              *Counsel for Plaintiff*


              MICHAEL R. SHERWIN
              Acting United States Attorney

              DANIEL F. VAN HORN, DC Bar #924092
              Chief, Civil Division

     By: /s/ Robert A. Caplen
              ROBERT A. CAPLEN, DC Bar #501480
              Assistant United States Attorney
              U.S. Attorney's Office, Civil Division
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              (202) 252-2523 (phone)
              robert.caplen@usdoj.gov

              *Counsel for Defendants*