UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROY L. PEARSON, JR. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 19-2576 (JMC) |
| MIGUEL A. CARDONA, *in his official capacity as Secretary of Education*, *et al*. | : | |
| | : | |
| Defendants. | | |
| _____ | : | |

**PLAINTIFF'S STATUS REPORT & PROPOSED SCHEDULE
FOR FURTHER PROCEEDINGS**

On January 31, 2022, this Court entered a Minute Order requiring that the parties submit a Joint Status Report & Schedule For Further Proceedings by May 2, 2022.

When the Court entered its Minute Order the defendants were represented by attorney Anna Walker. However, on April 11, 2022, Ms. Walker began maternity leave and will not return until late July 2022. An appearance for defendants was entered by attorney W. Anthony Quinn on April 18, 2022.

In an effort to comply with the May 2, 2022 deadline, on April 15, April 24 and April 28, 2022, plaintiff's counsel emailed a number of increasingly urgent written proposals to Mr. Quinn for complying with the court's January 31, 2022 Minute Order. In response to the last of the emails Mr. Quinn replied for the first time on Thursday, April 29, 2022, by proposing a phone conversation.

Given the imminent deadline, however, plaintiff's counsel asked that Mr. Quinn respond with a written proposal if he was not agreeable to the proposals of plaintiff's counsel. And when Mr. Quinn again lapsed into silence, plaintiff's counsel emailed him a detailed proposed Joint

Status Report & Schedule For Further Proceedings early on the morning of Friday, April 29, 2022.

Plaintiff's counsel has, again, received no (timely) response. And it appears that Mr. Quinn is too besieged with other matters to cover Ms. Walker's caseload, as well.

Thus, addressing the Court only on behalf of the plaintiff, plaintiff's counsel begins by stating that the Complaint in this case appeals from an administrative order rejecting defenses to an alleged student loan obligation of $23,403.64.

In plaintiff's view it would not be a prudential use of either the time of the parties, or that of the Court, to address the merits of the Complaint through briefing at this time.

And that is because on April 28, 2022, President Joseph Biden publicly announced that he will be issuing an Executive Order, within the "next couple of weeks," to forgive alleged student loan debts, in an undetermined amount, of less than $50,000.00.

That makes it extremely likely that the forgiven amount will meet or exceed the amount the defendants have already offered to settle this matter for.

Accordingly, plaintiff requests entry of an Order extending the stay in this case until September 5, 2022, to permit time: (1) for the issuance of the Executive Order, (2) for Ms. Walker to return from maternity leave in late July 2022 and (3) for Ms. Walker and counsel for plaintiff to discuss and agree upon terms for settling this matter.

Respectfully submitted,

/s/ Roy L. Pearson, Jr.
Roy L. Pearson, Jr. (Bar No. 955948)
3012 Pineview Court, N.E.
Washington, D.C. 20018
Telephone: (202) 269-1191

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROY L. PEARSON, JR. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No: 19-2576 (JMC) |
| MIGUEL A. CARDONA, *in her official capacity as Secretary of Education*, *et al*. | : | |
| | : | |
| Defendants. | | |
| _____ | : | |

### **[PROPOSED] ORDER**

In light of the plaintiff's May 2, 2022 *Plaintiff's Status Report & Schedule For Further Proceedings*, the unavailability of attorney Anna Walker until late July 2022, and the publicly reported expected issuance of an Executive Order by President Joseph Biden that will directly impact the parties' settlement discussions, it is

**ORDERED**, that this case is STAYED until September 5, 2022, to allow time for Ms. Walker to return from maternity leave, the issuance of an Executive Order by President Biden, and for the Parties to continue settlement negotiations thereafter. The Parties are further ORDERED to file by September 6, 2022, a notice of settlement or a joint status report that proposes a schedule for further proceedings.

_____
JIA M. COBB
United States District Court Judge

Copies to:

Roy L. Pearson, Jr., Esquire
3012 Pineview Court, N.E.
Washington, D.C. 20018

T. Anthony Quinn

3

Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530