UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY L. PEARSON, JR., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MIGUEL A. CARDONA, *et al.*, )<br>)<br>*Defendants*. )<br>_____ ) | Civil Action No. 19-2576 (JMC) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order entered on January 31, 2022, Defendants, Miguel A. Cardona, Secretary of the United States Department of Education, and the United States Department of Education, by and through undersigned counsel, respectfully state

1. Defendants do not oppose staying this case until September 5, 2022.

2. Defendants respectfully request that the Court allow the Parties to file a joint status report by September 6, 2022, after the stay of this case is lifted, which proposes a schedule for further proceedings.

3. If, however, the parties are able to resolve this case beforehand through settlement, the parties will promptly provide notice of settlement instead.

4. The undersigned Assistant United States Attorney is awaiting agency counsel's word as to settlement authority. As soon as the information is received, the undersigned will contact Plaintiff.

5. A proposed order consistent with this request is attached.

Dated: May 2, 2022						Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  <u>*/s/ T Anthony Quinn*</u>
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY L. PEARSON, JR.,            )<br>                                                      )<br>            *Plaintiff*,                     )<br>                                                      )<br>        v.                                        )<br>                                                      )<br>MIGUEL A. CARDONA, *et al.*,  )<br>                                                      )<br>            *Defendants*.                )<br>_____) | Civil Action No. 19-2576 (JMC) |

### [PROPOSED] ORDER

The matter is before the Court upon the Defendant's Status Report and the Plaintiff's Status Report. Upon consideration of the entire record herein, and for good cause shown, it is hereby

ORDERED, that This case is STAYED until September 5, 2022, to allow the Parties to continue settlement negotiations. It is

FURTHER ORDERED that the Parties are to file by September 6, 2022, a notice of settlement or a joint status report that proposes a schedule for further proceedings.

SO ORDERED this _____ day of _____, 2022.

_____
JIA M. COBB
United States District Judge

3